# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABRICE SADHVANI ,** <br>           Plaintiff(s), <br><br>           vs. <br> **MICHAEL CHERTOFF et al** <br>           Defendant(s). | **Civil Case No.  06-1454 JDB** |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits to the Motion for Preliminary Injunction, have been filed in paper form in a the Clerk's Office.  It is available for public viewing  and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

                              **NANCY MAYER-WHITTINGTON**

                                             Clerk

August 23, 2006