UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABRICE SADHVANI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) C.A. No. 96-2508 (EGS) |
| v. | ) |
| | ) |
| **MICHAEL CHERTOFF, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Madelyn E. Johnson, Assistant United States Attorney, as counsel for Defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security, Eduardo Aguirre, Director, U.S. Citizenship and Immigration Service, and Julie Myers, Asst. Secretary, U.S. Immigration and Customs Enforcement.

                                                      /s/
MADELYN E. JOHNSON D.C. Bar #292318
Assistant United States Attorney
555 4th Street, N.W. - E4114
Washington, D.C. 20530
(202) 514-7135