06-1454

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 AUG 21 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   ALBERTO GONZALES
   Attorney General
   US Dept. of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530-0001

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0001 9647 8839

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Paul Shearman Allen
& Associates
1329 18th St., NW
Washington DC 20036

Sadhvani, F. / Lia

**RECEIVED**

AUG 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 1160 0001 9647 8839**
Status: **Delivered**

Your item was delivered at 4:44 am on August 21, 2006 in WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

*Alberto Gonzales*

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT |
| --- |
| (Domestic Mail Only; No Insurance Coverage Provided) |
| For delivery information visit our website at www.usps.com® |

**OFFICIAL USE**

7004 1160 0001 9647 8839

| | |
| --- | --- |
| Postage | $ 6.15 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.40 |

Postmark Here

Sent To *Alberto Gonzales*
Street, Apt. No.; or PO Box No. *950 Penn. Ave. NW*
City, State, ZIP+4 *WDC 20530*

PS Form 3800, June 2002        See Reverse for Instructions

06-1454

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 2 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Kenneth Weinstein
   U.S. Attorney's Office
   555 4th St. NW
   Washington DC 20530

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0001 9647 8846

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Paul Shearman Allen
& Associates
1329 18th St., NW
Washington DC 20036

Sadhvani, F/lia

**RECEIVED**

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 1160 0001 9647 8846**
Status: **Delivered**

Your item was delivered at 4:44 am on August 21, 2006 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

K. Weinstein



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 6.15 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 10.40 |

Sent To: Kenneth Weinstein
Street, Apt. No.; or PO Box No.: USAO
City, State, ZIP+4: WDC 20530

7004 1160 0001 9647 8846

PS Form 3800, June 2002          See Reverse for Instructions

06-1454

From: Origin ID: (202)638-2777
Paul Allen
USPAACC
1329 18TH STREET, NW
WASHINGTON, DC 20036



Ship Date: 24AUG06
ActWgt: 1 LB
System#: 2642698/INET2500
Account#: S *********

REF: Sadhvani/Lisa

CLS052506/17/22

SHIP TO: (202)282-8000    BILL SENDER
Office of the General Counsel
US Dept. of Homeland Security
Dept. of Homeland Security

Washington, DC 20528

Delivery Address Bar Code



**STANDARD OVERNIGHT**    **FRI**
Deliver By:
TRK# 7905 3905 2568    FORM 0201    25AUG06

20528 -DC-US    IAD    A2

**19 WASA**

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/7DcXq2FcYr8BiRz6DdZq6AeXs8BcQr3IbV...    8/24/2006

Tracking summary

*office of the general counsel*

# FedEx

Close Window

## Track Shipments
## Detailed Results

🖨 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 790539052568 | **Reference** | Sadhvani/Lisa |
| **Signed for by** | D.REEVES | **Destination** | Washington, DC |
| **Ship date** | Aug 24, 2006 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Aug 25, 2006 10:31 AM | **Service type** | Standard Envelope |
| | | **Weight** | 5.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 25, 2006** | 10:31 AM | **Delivered** | Washington, DC | Customer access delay |
| | 8:51 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:58 AM | At local FedEx facility | WASHINGTON, DC | |
| **Aug 24, 2006** | 9:37 PM | At dest sort facility | DULLES, VA | |
| | 9:21 PM | Left origin | WASHINGTON, DC | |
| | 7:30 PM | Picked up | WASHINGTON, DC | |
| | 5:08 PM | Package data transmitted to FedEx | | |

[ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [       ]   Your Email Address: [       ]

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | 🌐 | ☐ | ☐ |
| | English | 🌐 | ☐ | ☐ |
| | English | 🌐 | ☐ | ☐ |
| | English | 🌐 | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

https://www.fedex.com/Tracking?action=track&    8/25/2006


**UNITED STATES POSTAL SERVICE**

06-1454

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7004 1160 0001 9647 8853**
Status: **Delivered**

Your item was delivered at 11:16 am on August 22, 2006 in BALTIMORE, MD 21201.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

ICE - office of chief Counsel
Balt.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage $ | 6.15 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 10.40 |

Postmark Here

Sent To  Off. of the Chief Counsel
Street, Apt No.  ICE / DHS
or PO Box No.
City, State, ZIP+4  31 Hopkins Plaza, Balt. MD 21201

PS Form 3800, June 2002    See Reverse for Instructions

7004 1160 0001 9647 8853

**RECEIVED**
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT