# IJ Individual and Master Hearing Calendar Report

Base City: BAL   IJ-Code: LD
Hearing Start Date: 09/11/2006   Hearing End Date: 09/11/2006
Custody: ALL   Calendar Type: Master

Return to Search Page *or* Return to Base City Selection Page

| Hearing Location | Hearing Date | Day of Week | IJ Code | IJ Name | Time Start | Time Stop | Hearing Type | Alien Name | Alien Number | Alien Representative | Received Date | Custody | Case Type | Nat | Lang | T/V Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | FUNTES HERNANDEZ, CESAR A. | 94-475-027 | | 04/27/2006 | N | RMV | ES | UNK | P |
| BAL | 09/11/2006 | Monday | LD | | 08:30 | | Master | RIZVI, SYED ALI | 98-645-102 | | 07/10/2006 | R | RMV | PK | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | TCHIEUGA, SERGE | 97-198-119 | WILHELM, ROBERT E. | 05/09/2006 | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | FEPCHO, BASIMA | 98-319-208 | NKWENTI, THEODORE | 06/23/2006 | N | RMV | TO | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | TASSI, LILI AGNES DJEUKAM | 96-282-243 | WASHINGTON, JUAN C | 06/28/2006 | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | MCBROWN, PAPA BYO | 79-304-342 | | 03/01/2006 | N | RMV | GH | UNK | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | SADHVANI, FABRICE S K | 75-342-382 | ALLEN, PAUL SHEARMAN | 03/30/2006 | N | RMV | TO | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | NGO KOTOCK, MARTHE CHANTAL | 96-268-500 | RICHEY, RONALD D. | 05/25/2006 | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | HAILEMARIAM, NABIU TILAHUN | 98-545-518 | YEAGER, STUART ALLEN | 05/09/2006 | N | RMV | ET | AMH | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | VESELOVA, INESSA A | 97-208-544 | POTORAC, SERGHEI | 05/18/2006 | N | RMV | RU | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | BEKALI, PRISCILIA KONG | 96-269-725 | MOFOR, BOKWE G. | 06/07/2006 | N | RMV | CM | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | H MARIAM, GENET DEMISSIE | 99-635-736 | | 06/19/2006 | N | RMV | ET | AMH | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | MARQUEZ-VASQUEZ, JOSE SANTOS | 72-732-819 | | 07/12/2006 | N | RMV | GT | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | QUARTEY, GLORIA KWAKAI | 71-792-876 | | 06/01/2006 | N | RMV | GH | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | CHARLES, YANIQUE | 98-870-913 | | 05/23/2006 | N | RMV | HA | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | KABANGU, NYINDU | 73-142-914 | | 05/30/2006 | N | RMV | CF | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | | Master | MESSAN, KOUASSI | 97-918-924 | JACOBS, ANA T. | 05/23/2006 | N | RMV | TO | FR | P |

| Location | Date | Day | Judge Code | Judge | Time | Hearing | Respondent | A-Number | Attorney | Date Filed | Status | Type | Country | Lang | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | Master | AREEVARARAK, NIRUN | 72-727-928 | | 04/05/2006 | N | RMV | TH | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | Master | SHABYKEEV, TALANTBEK TENTIEVICH | 98-878-938 | | 07/10/2006 | N | RMV | KG | RUS | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | Master | ANANKA, SIARHEI | 97-930-942 | AGATSTEIN, DAVID | 05/11/2006 | N | RMV | BZ | RUS | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | Master | +URBANE, KARINA | 97-930-943 | AGATSTEIN, DAVID | 05/11/2006 | N | RMV | LV | RUS | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 08:30 | Master | TCHEUFA, GODEFROY YOUSSA | 97-102-974 | LEWIS, STEFFANIE J | 06/15/2006 | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | | 44-682-041 | WASHINGTON, JUAN C | 09/30/2003 | N | RMV | DR | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | AGUIRRE-LUCERO, MARVIN ROBERTO | 98-885-053 | | 12/07/2005 | R | RMV | GT | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | 2MILLAR MENDEZ, OSVALDO | 00-111-104 | | 12/09/2005 | N | RMV | CU | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | 2AMAYA-QUINTERO, JENIFER SENAIDA | 00-048-134 | | 12/06/2005 | R | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | GERARDINA VALENCIA, WENDY | 99-480-181 | | 12/09/2005 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | MARSHALL, CLAUDE HUGH | 95-350-315 | FARQUHARSON, JUNIOR | 09/20/2005 | N | RMV | JM | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | MOLLETURO-ZUMBA, MANUEL NATIVIDAD | 98-944-390 | | 11/15/2005 | N | RMV | EC | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | AMARE, TIGIST GEBREYOHANES | 96-290-410 | AIKMAN, SUSAN | 08/31/2005 | N | RMV | ET | AMH | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | KIMANI, CYRUS NGANGA | 72-353-410 | JOHNSON, RANDALL L. | 03/17/2005 | N | RMV | KE | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | GOMEZ-GOMEZ, ZULMA MADALI | 99-529-435 | | 03/08/2006 | R | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | WELDEGIORGIS, SE AROM KASSAHUN | 98-733-656 | | 04/25/2005 | N | RMV | ET | AMH | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | MORENO-PEDROSO, ANDRES | 72-347-819 | BERLIN, MARY ANN | 04/06/2006 | R | RMV | PE | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | OLLE AKA A, EMMANUEL | 99-551-945 | | 04/12/2006 | N | RMV | CA | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | +EZEMBA, AGATHE MARIE FLORE ONYA | 99-551-946 | | 04/12/2006 | N | RMV | CA | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | HERNANDEZ FLORES, MARTIN | 94-473-951 | ROBLES, ANGEL | 12/14/2005 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:00 | Master | GARCIA-MONROY, NICOLAS | 99-523-953 | HOGAN, RICK | 12/07/2005 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | KENFACK, BLANCHE ELIANE | 98-870-960 | | 11/17/2005 | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | LOPEZ, ALISON GABRIELA | 99-477-152 | | 11/30/2005 | R | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | HERNANDEZ-ORTIZ, EVARISTO DE JESUS | 72-379-199 | SMITH, BARBARA P. | 10/21/2005 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | GAO, DENG | 79-087-266 | | 10/09/2002 | N | RMV | CH | MAN | P |
| | | | | | | Master | RIVAS-NAVAS, JORGE | 35-527-266 | | 05/29/2002 | N | RMV | ES | ENG | P |

| Court | Date | Day | IJ | Judge | Time | Type | Respondent | A-Number | Attorney | Date Filed | Cust | Proc | Country | Lang | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | SINGH, MANPREET | 78-701-287 | KIM, GIE H. | 02/18/2005 | N | RMV | IN | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | ALI, FAISAL IQBAL | 71-498-301 | BERLIN, MARY ANN | 06/06/2002 | N | RMV | PK | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | ALBERTO | 78-700-335 | KREISS, STEVEN | 12/29/2003 | N | RMV | SL | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | BASSABI, GNON | 97-926-345 | OBOT, THERESA I. | 01/05/2005 | N | RMV | TO | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | DIAITE, PAPA DEMBA | 95-363-539 | FREEDMAN, ALAN H. | 07/31/2003 | N | RMV | SG | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | PENA-MONTERROZA, DAVID | 99-531-585 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | PENA-MONTERROZA, ARELY ELIZABETH | 99-531-586 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +VELASQUEZ-PENA, ANIBAL OSVALDO | 99-531-587 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +VELASQUEZ-PENA, YOSELYN ARELY | 99-531-588 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | ESPINAL, JULIAN | 14-375-644 | SHAKIR, S. ERIC | 06/01/2004 | N | RMV | DR | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | GEBRU, ABREHET K | 95-896-661 | BEKELE, SOLOMON | 11/16/2005 | N | RMV | ET | TIG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | YAFFA, SIDAT | 75-392-695 | KREISS, STEVEN | 09/05/2003 | N | RMV | GA | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +CANALES-MELENDEZ, YANIS YOLANDA | 99-531-697 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | CANALES-MELENDEZ, SONIA DEL CARMEN | 99-531-698 | | 01/06/2006 | N | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | PRETSKAILA, ANDREI TADEUSHEVICH | 98-775-750 | | 11/14/2005 | N | RMV | BZ | RUS | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | TESFAGIORGIS, ABRAHAM KELT | 98-858-788 | MIKAEL, SAHLU | 10/03/2005 | N | RMV | ER | TIG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +TEKLE, HADAS GEBRAY | 98-858-789 | MIKAEL, SAHLU | 10/03/2005 | N | RMV | ER | TIG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | SOUBIANE, AHMATH | 98-701-824 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +CHERIF, ZARGA | 98-701-825 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +SOUBIANE, AMIRA MAHADIE | 98-701-826 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +SOUBIANE, IMANE | 98-701-827 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +SOUBAINE, IZZA | 98-701-828 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | +SOUBAINE, SOUAD | 98-701-829 | GOREN, DAVID | 11/29/2005 | N | RMV | CD | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 09:30 | Master | BOSE, WAKTOLE ETEFA | 95-905-984 | GROSSMAN, JONATHAN M | 09/12/2002 | N | RMV | ET | ORO | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 10:00 | Master | NJOCK, AUGUSTINA EVO | 94-889-284 | | | N | RMV | CM | FR | P |

| Court | Date | Day | IJ | Judge | Time | Hearing | Respondent | A-Number | Attorney | Date2 | D/N | Case | Country | Lang | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 10:00 | Master | MORNDI, ERIC | 94-873-297 | | | N | RMV | CM | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 10:00 | Master | BONGAM, HOWARD SMITH | 99-550-380 | | | N | RMV | UK | ENG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 10:00 | Master | NGOH, SALOME EBUCK | 94-889-438 | | | N | RMV | CM | PIG | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 10:00 | Master | SONG, HONG SHENG | 94-882-573 | | | N | RMV | CH | CHI | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 12:30 | Master | BANGOURA, HAROUNA | 73-740-024 | DEVANEY, BRIDGETTE | 03/28/2006 | D | RMV | GV | FR | P |
| BAL | 09/11/2006 | Monday | LD | LISA DORNELL | 12:30 | Master | ZAVALA-MARTINEZ, JUAN CARLOS | 97-139-386 | | 06/22/2006 | D | RMV | ES | SP | P |
| BAL | 09/11/2006 | Monday | LD | | 12:30 | Master | FREARD, SEBASTIEN ALEXANDRE | 76-936-398 | | 08/02/2006 | D | RMV | CM | ENG | P |

(Case Types = DEP - Deportation, EXE - Exclusive, REC - Rescission, RMV - Removal, AOC - Asylum Only, CSR - Claimed Status Review, CFR - Credible
(T/V Type = Telephonic/Video Hearing) (+ = Not Lead Alien ) (* = Bond / Motion to Re-open )

Record Count: 75