UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BALTIMORE, MARYLAND

_____
                                            )
In the Matter of:                           )
                                            )
Fabrice S. K. SADHVANI           )     File No.:     A 75-342-382
Respondent                                 )
                                            )
Formerly In Removal Proceedings  )
_____)

MOTION OF THE DEPARTMENT OF HOMELAND SECURITY
TO CONTINUE MASTER CALENDAR HEARING

The Department of Homeland Security ("DHS") respectfully moves the Baltimore Immigration Court to continue the master calendar hearing in the above-captioned matter, presently scheduled for September 11, 2006, upon the grounds and for the reasons as are hereinafter set forth:

1. The Respondent, a native and citizen of Togo, first filed for asylum on March 21, 1997. On October 1, 1998, the Immigration Judge ("IJ") denied the application, but granted voluntary departure. The Respondent appealed this decision to the Board of Immigration Appeals ("Board"). In an order dated December 16, 2002 the Board affirmed the IJ's decision and reinstated voluntary departure within 30 days of that decision.

2. Respondent's first motion to reopen was filed on or about December 24, 2002. In an order dated February 14, 2003, the Board denied the motion. On or about December 15, 2005, Respondent filed a second motion to reopen and reconsider asking the Board to reconsider the prior denial of his application for asylum. He also moved for

a stay of removal pending consideration of his motion to reopen and reconsider. On or about December 19, 2005, DHS filed its opposition to Respondent's second motion to reopen.

    3. On December 22, 2005, the Board issued a written decision denying Respondent's motion for a stay of removal, finding that there is little likelihood that the motion would be granted. See Decision of the Board of Immigration Appeals attached hereto as Exhibit A

    4. On December 28, 2005, Respondent was removed from the United States pursuant to his administratively final order of removal. See Executed Warrant of Removal/Deportation (Form I-205) attached hereto as Exhibit B.

    5. On March 21, 2006, the Board granted Respondent's motion to reopen and remanded the record to the Immigration Judge for further proceedings. Presumably, the Board was not made aware of Respondent's removal. Respondent's removal proceeding presently is scheduled for a master calendar appearance before the Baltimore Immigration Court on September 11, 2006.

    6. On August 24, 2006, DHS filed with the Board a Motion to Reconsider or to Reconsider *Sua Sponte*, the Grant of Respondent's Motion to Reopen. In its motion, DHS asked the Board to reconsider and vacate its order of March 21, 2006, reopening Respondent's removal proceeding on the ground that Respondent already had been removed from the United States on December 28, 2006.

7. Any departure from the United States, including the removal of an alien subject to removal proceedings, occurring after the filing of a motion to reopen or reconsider constitutes a withdrawal of such motion. 8 C.F.R. § 1003.2(d); <u>see also</u> <u>Matter of Crammond</u>, 23 I&N Dec. 179 (BIA 2001)(When the Board is presented with evidence that it has granted a motion to reopen after the alien's departure from the United States, it is appropriate to reconsider and vacate the prior order on jurisdictional grounds.); <u>Matter of Okoh</u>, 20 I&N Dec. 864 (BIA 1994) (Once the Board's order of deportation was executed, the proceedings were brought to finality, and the Board lacks jurisdiction to act on a motion to reopen.). Accordingly, because Respondent already had been removed from the United States on December 28, 2005, the Board lacked jurisdiction on March 21, 2006 to reopen his removal proceeding. The Board's decision of March 21, 2006 should be reconsidered and vacated.

8. Therefore, DHS respectfully suggests that the cause of justice best will be served if the master calendar hearing scheduled in the above-captioned matter for September 11, 2006 be continued for at least 60 days or until the Board rules on the motion of DHS to reconsider.

WHEREFORE, DHS respectfully requests that the master calendar hearing scheduled for September 11, 2006 be continued.

Dated: August 29, 2006          Respectfully submitted,
                                DEPARTMENT OF HOMELAND SECURITY
                                U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
                                by:

                                _____
                                George W. Maugans
                                Chief Counsel
                                Fallon Federal Building
                                31 Hopkins Plaza, Suite 730
                                Baltimore, Maryland 21201
                                (410) 962-0773

# CERTIFICATE OF SERVICE

**Case Name:**   Fabrice S. K. SADHVANI
**Case No.:**    A 75-342-382

I HEREBY CERTIFY that, on this date, I caused to be served the foregoing document:

__X__   by placing a true copy thereof in a sealed envelope, with postage thereon to be fully prepaid by normal government process and causing the same to be mailed by first class mail to the person at the address set forth below;

____   by causing to be personally delivered a true copy thereof to the person at the address set forth below;

____   by FEDERAL EXPRESS / AIRBORNE EXPRESS to the person at the address set forth below;

____   by telefaxing with acknowledgement of receipt to the person at the address set forth below:

Paul Shearman Allen, Esq.
1329 18th St. N.W.
Washington, D.C. 20036

Signed under penalty of perjury at Baltimore, Maryland on August 29, 2006.

_____
George W. Maugans.
Chief Counsel

4

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BALTIMORE, MARYLAND

_____
                                                )
In the Matter of:                               )
                                                )
Fabrice S. K. SADHVANI                          )        File No.:      A 75-342-382
Respondent                                      )
                                                )
Formerly In Removal Proceedings                 )
_____)

ORDER

IT IS, this _____ day of _____, 2006, by the Immigration Court at Baltimore, Maryland, ORDERED: that the master calendar hearing in the above-captioned matter previously scheduled for September 11, 2006 is here by continued to _____.

_____
Immigration Judge

5