UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICE SADHVANI, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 96-2508 (EGS) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

UPON CONSIDERATION of Petitioner's motion for a preliminary injunction, Respondents' opposition thereto, Petitioner's reply, and the record in this case, it is this _____ day of September, 2006

ORDERED that the motion is DENIED.

_____
Hon. John D. Bates
United States District Judge