UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FABRICE SADHVANI ) | |
| A 75-342-382 ) | |
| ) | |
| Petitioner ) | C.A. No. 06-1454 (JDB) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Brian W. Shaughnessy as co-counsel for Petitioner, Fabrice Sadhvani.

/s/
_____
Brian W. Shaughnessy
DCN 89946
913 M Street, NW
Washington, DC 20001
Phone: 202-842-1700