AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fabrice Sadhvani
A No. 75 342 382

        Plaintiff(s)   )
                              )   **APPEARANCE**
                              )
                     vs.   )   CASE NUMBER  06-cv-01454 (JDB)
Michael Chertoff, et al.,   )
                              )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   BRIAN W. SHAUGHNESSY   as counsel in this
                                        (Attorney's Name)

case for:   Fabrice Sadhvani v. Michael Chertoff, et al
                          (Name of party or parties)

September 5, 2006
Date

_(signature)_
Signature

DCN 89946
BAR IDENTIFICATION

Brian W. Shaughnessy
Print Name

913 M Street, NW
Address

Washington  DC  20001
City      State      Zip Code

202-842-1700
Phone Number