UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICE SADHVANI, ) | |
| ) | |
| Petitioner, ) | File No: A 75-342-382 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Respondents. ) | |

MOTION FOR LEAVE TO FILE AN AMENDED PETITIONER'S RESPONSE TO RESPONDENT'S OPPOSITION MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7(i), Petitioner Fabrice Sadhvani files this motion to amend Petitioner's September 1, 2006 Response to Respondents' Opposition Motion for Preliminary Injunction. Petitioner respectfully requests that this honorable court amend Petitioner's response to include one attachment. Exhibit 1, Petitioner's Motion to Supplement the Record with Expert Testimony, was filed with the United States Immigration Court in Baltimore, Maryland on September 5, 2006.

Respectfully submitted,

_____/s/_____
Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677