UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABRICE SADHVANI,**<br><br>  Petitioner,<br><br>  v.<br><br>**MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.,**<br><br>  Respondents. | Civil Action No. 06-1454 (JDB) |

## ORDER

Upon consideration of [2] petitioner's motion for a preliminary injunction and the entire record, and for the reasons stated in open court at the hearing held on this date, it is this <u>6th</u> day of <u>September</u>, 2006, hereby

**ORDERED** that the motion is **DENIED**; it is further

**ORDERED** that respondents shall file any motion to dismiss by not later than September 22, 2006; it is further

**ORDERED** that petitioner shall file any opposition thereto by not later than October 3, 2006; and it further

**ORDERED** that respondents shall file any reply by not later than October 10, 2006.

                                               /s/ John D. Bates
                                               JOHN D. BATES
                                         United States District Judge