UNITED STATES IMMIGRATION COURT
31 Hopkins Plaza, Fallon Federal Bldg.
Baltimore, MD 21201

In the Matter of )
)
FABRICE SADHVANI ) In Removal Proceeding
)
A75 342 382 ) Next Master Calendar Hearing Date:
) September 11, 2006 at 8:30 AM
)
Petitioner )

## MOTION TO SUPPLEMENT THE RECORD WITH EXPERT TESTIMONY

The above-captioned case is scheduled for a master calendar hearing on September 11, 2006, pursuant to a remand from the Board of Immigration Appeals (BIA), order dated and entered on or about 3/21/06.

Respondent, through Counsel, moves the Court to authorize the transcription and copying of all the testimony and cross examination of expert witness, Prof. Lawrence, who testified in support of alien applicant EDIGI, File No. A99 544 537 before this Court (Judge Dufresne) on or about August 14, 2006.

Prof. Lawrence is an expert on politics in Togo and other parts of West Africa. He testified before this Court as an expert witness, and, in the opinion of Counsel, will supplement the record in this case, with such background as to enable the Court to assess the credibility of the Respondent's application for political asylum.

Counsel notes for the record that the Department of Homeland Security (DHS) has taken the position that its decisions are paramount to the Department of Justice and

the BIA and that Respondent does not have the right to appear to present evidence and to testify in support of his application for political asylum. Respondent maintains that the position of DHS violates Article 33 of the 1951 United Nations Convention Relating to the Status of Refugees, international human rights law, and Respondent's due process rights.

Respondent, through counsel, has submitted a copy of Sadhvani's Habeas Corpus Petition to the United States District Court for the District of Columbia on or about 8/18/06 with an application for a Temporary Restraining Order requiring the Department of Homeland Security (DHS) to authorize Respondent to return to the United States to testify in support of his application.

Respectfully submitted,

Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2006, the Motion to Supplement the Record with Expert Testimony was forwarded via certified mail to the following address:

District Counsel
US Citizenship & Immigration Services
Fallon Federal Bldg.
31 Hopkins Plaza
Baltimore, MD 21201

*[signature]*
Paul S. Allen
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Phone: 202-638-2777