

**U.S. Department of Homeland Security**
**Citizenship and Immigration Services**

*Fallon Federal Building*
*31 Hopkins Plaza, 1st Floor*
*Baltimore, Maryland 21201*

Date:                                                           A75 342 382

Mariam Mohamad Alawi
955 East West Hwy, #25
Takoma Park, MD 20912

Dear Ms. Alawi

Reference is made to your Refugee/Asylee Relative Petition, Form I-730, which you filed on behalf of Fabrice Sadhvani, on June 15, 1999, pursuant to Section 208 of the Act.

Section 208 of the Immigration and Nationality Act provides:

    (b)    Conditions for Granting Asylum. –

        (1)    In general. The Attorney General may grant asylum to an alien who has applied for asylum in accordance with the requirements and procedures established by the Attorney General under this section if the Attorney General determines that such alien is a refugee withing the meaning of section 101(a)(42)(A)[1101].

        (3)    Treatment of spouse and children-

            (A)    IN GENERAL- A spouse or child (as defined in section 101(b)(1)(A), (B), (C), (D), or (E)) of an alien who is granted asylum under this subsection may, if not otherwise eligible for asylum under this section, be granted the same status as the alien if accompanying, or following to join, such alien.

Title 8, Code of Federal Regulations, part 208.21 provides:

    (a)    Eligibility. In accordance with section 208(b)(3) of the Act, a spouse, as defined in section 101(a)(35) of the Act, 8 U.S.C. 1101(a)(35), or child, as defined in section 101(b)(1) of the Act, also may be granted asylum if accompanying, or following to join, the principal alien who was granted asylum, unless it is determined that the spouse or child is ineligible for asylum under section 208(b)(2)(A)(i), (ii), (iii),

1

    (iv) or (v) of the Act for applications filed on or after April 1, 1997, or under § 208.13(c)(2)(i)(A), (C), (D), (E), or (F) for applications filed before April 1, 1997.

 (b) Relationship. The relationship of spouse and child as defined in sections 101(a)(35) and 101(b)(1) of the Act must have existed at the time the principal alien's asylum application was approved and must continue to exist at the time of filing for accompanying or following-to-join benefits and at the time of the spouse or child's subsequent admission to the United States. If the asylee proves that the asylee is the parent of a child who was born after asylum was granted, but who was in utero on the date of the asylum grant, the child shall be eligible to accompany or follow-to-join the asylee. The child's mother, if not the principal asylee, shall not be eligible to accompany or follow-to-join the principal asylee unless the child's mother was the principal asylee's spouse on the date the principal asylee was granted asylum.

 (c) Spouse or child in the United States. When a spouse or child of an alien granted asylum is in the United States, but was not included in the asylee's application, the asylee may request accompanying or following-to-join benefits for his/her spouse or child by filing for each qualifying family member a separate Form I-730, Refugee/Asylee Relative Petition, and supporting evidence, with the designated Service office, regardless of the status of that spouse or child in the United States.

The record reflects that you married Fabrice Sadhvani on February 22, 1999. On February 24, 1999, you were granted asylum status in the United States. You filed a Refugee/Asylee Relative Petition in behalf on Fabrice on June 15, 1999.

In a telephone conversation, which took place on October 6, 2005, you reported to ISAP Officer Jarvis, that you and your husband are currently separated and you intend to file for a divorce. As the spousal relationship between you and Fabrice Sadhvani is in the process of being terminated, he is no longer eligible for any benefits under Section 208 of the Act.

The record remains absent evidence that a bona fide marital relationship exists between you and the beneficiary.

Accordingly, the petition must be and hereby is denied.

Sincerely,

Richard C. Caterisano
District Director

DHS:USCIS:DIEXMS:AMunroe:alm:410-962-2338:October 28, 2005