UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICE SADHVANI,               ) | |
|                                 ) | |
| Petitioner,                     ) | |
|                                 ) | C.A. No.06-1454 (JDB) |
| v.                              ) | |
|                                 ) | |
| MICHAEL CHERTOFF, et al.,       ) | |
|                                 ) | |
| Respondents.                    ) | |
|                                 ) | |

### RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME

Respondents, by and through their undersigned counsel, hereby move for a brief, one-day enlargement of time, to and including October 11, 2006, within which to file their Reply in support of Respondents' motion to dismiss the above styled action. In support of this motion, Respondents state the following.

Pursuant to the Court's scheduling order, Respondents' Reply is currently due October 10, 2006. This is the first request for an enlargement of time in connection with Respondents' motion to dismiss or this Reply.

Undersigned counsel, who has been working on the Reply, needs additional information from agency counsel which was not obtained before close of business today. Additionally, counsel encountered problems with the office computer which impeded her ability to sign onto the network and which caused delay in finishing the Reply for timely review and filing with the Court.

Pursuant to LCvR 7(m), undersigned counsel attempted to contact counsel for Petitioner to obtain his consent to the relief requested in this motion but was unable to reach him.

Respondent believes that the requested enlargement of one day will not prejudice any party and is not made for the purpose of delay.  Granting the requested relief will not cause any other scheduled dates to be altered in this case.

WHEREFORE,  Respondents respectfully request that the Court grant this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS
D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON
DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY THAT the attached motion for enlargement of time was served on counsel for Petitioner through the district court's ECF system.

_____/s/_____
MADELYN E. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*