UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FABRICE SADHVANI, | ) |
| | ) |
|     Petitioner, | ) |
| | ) C.A. No. 06-1454 (JDB) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
|     Respondents. | ) |

## O R D E R

UPON CONSIDERATION of Respondents' motion for enlargement of time, to and including October 11, 2006, and the record in this case, it is this _____ day of October, 2006

ORDERED that the motion is GRANTED.

_____
Hon. John D. Bates
United States District Judge