UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABRICE SADHVANI,**<br><br>    Petitioner,<br><br>    v.<br><br>**MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.,**<br><br>    Respondents. | Civil Action No.  06-1454 (JDB) |

### ORDER

Upon consideration of respondents' motion to dismiss, the opposition and reply thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion filed on this date, it is this sixth day of November, 2006, hereby

**ORDERED** that respondents' motion is **GRANTED**; and it is further

**ORDERED** that this case is dismissed for lack of subject matter jurisdiction.

**SO ORDERED**.

                                    /s/ John D. Bates
                                    JOHN D. BATES
                                United States District Judge

Date:  November 6, 2006