UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC - 6 2006

RECEIVED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FABRICE SADHVANI )<br>A 75-342-382 )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, et. al., )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 06-1454 (JDB) |

**NOTICE OF APPEAL**

Notice is hereby given this 6th day of December, 2006, that Fabrice Sadhvani hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 6th day of November, 2006, in favor of Michael Chertoff, Secretary of the U.S. Department of Homeland Security; Eduardo Aguirre, Director of U.S. Citizenship and Immigration Service; and Julie Myers, Assistant Secretary of U.S. Immigration and Customs Enforcement against said Fabrice Sadhvani

Respectfully submitted,

Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. (202) 638-2777
Fax. (202) 638-1677

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2006 DEC -6 PM 5: 50
FILING DEPOSITORY

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the address indicated:

Madelyn E. Johnson
U.S. Attorney's Office for D.C.
Rm. E4114
555 4th Street, NW
Washington, DC 20530
(202) 514-7135
Fax: (202) 305-0955