

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA CIRCUIT

FABRICE SADHVANI )
A 75-342-382 )
 )
 )
Petitioner, )
 )
v. )  Civil Action No. 06-1454 (JDB)
 )
MICHAEL CHERTOFF, et. al., )
 )
Respondents. )
_____ )

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Paul Allen, declare that I am the attorney for appellant/petitioner in the above captioned case. In support of this motion to proceed on appeal without being required to prepay fees, costs, or give security therefore, I state that because of my client's poverty he, Fabrice Sadhvani, is unable to prepay cost of said proceeding or give security therefore. My affidavit or sworn statement is attached.

I believe that my client, Fabrice Sadhvani, is entitled to relief the relief sought in this appeal and respectfully request that the Court grant his request to proceed on appeal in forma pauperis.

Respectfully submitted,

_____
Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. (202) 638-2777
Fax. (202) 638-1677

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FABRICE SADHVANI )<br>A 75-342-382 )<br>)<br>　　　　Petitioner, )<br>)<br>　　v. )<br>)<br>MICHAEL CHERTOFF, et. al., )<br>)<br>　　　　Respondents. )  | Civil Action No. 06-1454 (JDB) |

**AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

　　I swear or affirm in the above-entitled proceeding that in support of Fabrice Sadhvani's request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that Mr. Sadhvani is unable to pay the costs of these proceedings and that he is entitled to the relief sought in this appeal.

　　I am Mr. Sadhvani's counsel of record. Mr. Sadhvani was removed from the United States on December 28, 2005. He has no means of paying court fees or costs to file his appeal.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Paul Shearman Allen, J.D.
　　　　　　　　　　　　　　　　DC Bar No. 167940
　　　　　　　　　　　　　　　　Paul Shearman Allen & Associates
　　　　　　　　　　　　　　　　1329 18th St. NW
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Ph. (202) 638-2777
　　　　　　　　　　　　　　　　Fax. (202) 638-1677

CERTIFICATE OF SERVICE

I certify that on this \_\_\_4th\_\_\_ day of December 2006, a copy of the foregoing document was sent via certified mail to the following address:

Madelyn E. Johnson
U.S. Attorney's Office for D.C.
Rm. E4114
555 4th Street, NW
Washington, DC 20530
(202) 514-7135
Fax: (202) 305-0955

_____
Paul S. Allen, D.C. Bar No. 167940
Paul Shearman Allen and Associates
1329 18th St. NW
Washington, DC 20036
Phone: 202-638-2777
Fax: 202-638-1677