UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FABRICE SADHVANI ) | |
| A 75-342-382 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1454 (JDB) |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Respondents. ) | |

PROPOSED ORDER

Upon consideration of Petitioner's request to proceed on appeal in forma pauperis, the motion is GRANTED. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof.

_____
District Judge

3