UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FABRICE SADHVANI,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.,**<br><br>Respondents. | Civil Action No. 06-1454 (JDB)<br><br>(Notice of Appeal filed 12/6/2006) |

### ORDER

Upon consideration of petitioner's motion for leave to proceed on appeal *in forma pauperis*, it is this <u>twelfth</u> day of <u>December</u>, 2006, hereby

**ORDERED** that petitioner's motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transmit this Order to the Court of Appeals forthwith.

**SO ORDERED**.

                    /s/ John D. Bates
                    JOHN D. BATES
                United States District Judge

Date: <u>December 12, 2006</u>

*Copies to*:

Paul Shearman Allen
Paul Shearman Allen & Associates
1329 18th Street, NW

Washington, DC 20036
(202) 638-2777
Fax: (202) 638-1677
Email: paulallen@drgreencard.com


Madelyn E. Johnson
U.S. Attorney's Office for D.C.
555 4th Street, NW
Rm E-4114
Washington, DC 20530
(202) 514-7135
Fax: (202) 514-8780
Email: madelyn.johnson@usdoj.gov


Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit