# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 06-5405** | **September Term, 2007** |

Filed On: May 13, 2008

Fabrice Sadhvani,
    Appellant

v.

Michael Chertoff, Secretary, United States Department of Homeland Security, *et al.*,
    Appellees

Appeal from the United States District Court
for the District of Columbia
(No. 06-cv-01454)

**BEFORE:**  SENTELLE, *Chief Judge*, HENDERSON and RANDOLPH, *Circuit Judges.*

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

For the reasons well stated by the district court, it is **ORDERED AND ADJUDGED** that the judgment of the district court be affirmed.

Pursuant to Rule 36 of this Court, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc*. *See* FED R. APP. P. 41(b); D.C. CIR. R. 41.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 
BY: 
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**Per Curiam**
**FOR THE COURT:**
Mark J. Langer, Clerk
BY: /s/
Michael C. McGrail
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk